STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

**REHEARING ACTION: May 21, 2008**

**Docket Number: 07   01425-WCA**

**DEBRA CAPDEVILLE
VERSUS
WINN-DIXIE STORE #1473**

**Appealed from Office of Workers' Compensation - # 3 Case No. 00-01646**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Debra Capdeville** has this day been

**DENIED.**

cc: Joseph Michael Guillot, Counsel for the Appellee
    Philip Jude Borne, Counsel for the Appellee